# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. WALKER,<br><br>              Plaintiff / Counterdefendant,<br>      vs.<br><br>MICHAEL W. CROW and RICHARD KEYES,<br><br>              Defendants / Counterclaimants. | CASE NO. 02CV1747 WQH (JMA)<br><br>ORDER SETTING TRIAL AND RELATED DATES |

HAYES, Judge:

On July 9, 2007, the parties appeared at a pretrial conference before the Honorable William Q. Hayes, United States District Judge.  In consideration of the parties' arguments and representations at the pretrial conference, the Court now ORDERS the following:

(1) A bench trial with respect to Plaintiff Dennis E. Walker's equitable contribution claim shall begin on Tuesday, September 18, 2007, at 9:00 AM.

(2) The parties shall appear at a pretrial conference on Monday, August 20, 2007, at 11:00 AM.

(3) The parties shall file a revised pretrial order on or before Monday, August 13, 2007.

(4) Each party shall file a trial brief on or before Monday, August 13, 2007.

(5) A jury trial with respect to Defendants' counterclaims will begin on Tuesday, December 4, 2007, at 9:00 AM.

**IT IS SO ORDERED**.

DATED:  July 10, 2007

**WILLIAM Q. HAYES**
United States District Judge