UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. WALKER, | Case No. 02-CV-1747-WQH (JMA) |
| Plaintiff, | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| v. | |
| MICHAEL W. CROW AND RICHARD KEYES, | |
| Defendants. | |

A Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **November 13, 2007** at **10:00 a.m.**, Room 1165, United States Courthouse, 940 Front Street, San Diego, California 92101-8928. Counsel shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **November 6, 2007**. The parties may either submit confidential settlement statements or may exchange their settlement statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>. The individual(s)**

02CV1747

1  **present at the Settlement Conference with settlement authority**
2  **must have the unfettered discretion and authority on behalf of**
3  **the party to:  1) fully explore all settlement options and to**
4  **agree during the Settlement Conference to any settlement terms**
5  **acceptable to the party** (*G. Heileman Brewing Co., Inc. v. Joseph*
6  *Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the
7  settlement position of a party during the course of the Settle-
8  ment Conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481,
9  485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without
10 being restricted by any predetermined level of authority (*Nick v.*
11 *Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).

12      Governmental entities may appear through litigation counsel
13 only.  As to all other parties, appearance by litigation counsel
14 only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall</u>
15 <u>not</u> appear on behalf of a corporation as the party who has the
16 authority to negotiate and enter into a settlement.  **The failure**
17 **of any counsel, party or authorized person to appear at the**
18 **Settlement Conference as required shall be cause for the immedi-**
19 **ate imposition of sanctions.**  All conference discussions will be
20 informal, off the record, privileged, and confidential.
21      **IT IS SO ORDERED.**
22 DATED:  October 29, 2007

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge