# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. WALKER, | CASE NO. 02CV1747 WQH (JMA) |
| Plaintiff / Counterdefendant, | ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES IN LIGHT OF SETTLEMENT DISCUSSIONS |
| vs. | |
| MICHAEL W. CROW and RICHARD KEYES, | |
| Defendants / Counterclaimants. | |

HAYES, Judge:

On November 13, 2007, the parties appeared before the Honorable Jan M. Adler for a settlement conference and "made significant progress toward settlement . . . ." (Doc. # 154). Accordingly, on November 14, 2007, the parties filed a joint motion to extend certain pretrial dates to assist in reaching a settlement. (Doc. # 154). Good cause appearing, the joint motion to extend certain pretrial dates (Doc. # 154) is GRANTED.

IT IS HEREBY ORDERED that:

(1) The deadlines for all requirements in the Court's October 19, 2007, Scheduling Order (Doc. # 150) with current deadlines of November 16, 2007, are hereby continued to November 26, 2007.

(2) The deadlines for all requirements in the Court's October 19, 2007, Scheduling Order (Doc. # 150) with current deadlines of November 23, 2007, are hereby continued to November 28, 2007.

**IT IS SO ORDERED**.

DATED:  November 15, 2007

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge